IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-03468-RPM

BETH A. JOHNSON,

    Plaintiff,

v.

ADP PAYROLL SERVICES, INC., and
CDK GLOBAL, INC.,

    Defendants.

_____

ORDER FOR REMAND
_____

    A Notice of Removal of this civil action was filed on December 23, 2014, asserting jurisdiction under 28 U.S.C. § 1332(a)(1) on a diversity of citizenship. The complaint filed in the District Court, Denver County, Colorado, alleges that defendant ADP Payroll Services, Inc., is a Delaware corporation with its principal place of business in Aurora, Colorado, and defendant CDK Global, Inc., is a Delaware corporation with a principal place of business in Illinois. The petition for removal asserts, without any supporting document, that ADP Payroll Services, Inc., has a principal place of business in New Jersey and cites to the Paragraph 2 of the complaint. Because there is no diversity of citizenship as alleged in the complaint, it is

    ORDERED that this civil action is remanded to the District Court, Denver County, Colorado.

    DATED: December 24th, 2014

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior Judge